1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SYLVESTER FLOYD, | ) NO. CV 21-05767-MCS (KS) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF UNITED |
| RICK M. HILL, Warden, | ) STATES MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Petition is untimely, contains no cognizable, federal claims, and is an unauthorized second or successive petition; and (2) based upon untimeliness and the non-cognizable issues raised, Judgment shall be entered dismissing this action with prejudice.

DATED: November 2, 2021

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE