JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SYLVESTER FLOYD, | ) | NO. CV 21-05767-MCS (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RICK M. HILL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 2, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE